UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 21-10051-MLW |
| | ) |
| MANUEL VIZCAINO, | ) |
|     Defendants. | ) |

ORDER

WOLF, D.J.                                                    January 25, 2022

At the hearing on January 21, 2022, the court scheduled trial in this case to commence on February 11 or 15, 2022. The court also orally ordered the parties to confer and, by January 27, 2022, report whether a trial will be necessary. The Pretrial Order (Dkt. No. 61) stated that trial will commence on February 15, 2022 because the United States District Court for the District of Massachusetts decided that, due to the resurgence of the COVID-19 pandemic, jury trials would be suspended through at least February 11, 2022. The District Court plans to consider periodically whether to extend the suspension of jury trials further. Therefore, it is possible that the trial of this case may not begin on February 15, 2022.

In view of the foregoing, it is hereby ORDERED that the parties shall in their January 27, 2022 report(s):

1. Identify the name, number, expected length, and court in which a case is pending that would conflict with a trial of this case beginning, if necessary, on a Tuesday or Thursday after

February 15, 2022, in February, March, or April 2022. Resolution of any conflicts with a case pending with the Superior Court of the Commonwealth of Massachusetts will be guided by Rule 40.2 of the Local Rules of the United States District Court for the District of Massachusetts.

2. State what they believe the Guideline range for defendant Manuel Vizcaino's sentence would be if he is convicted on Counts 1 and 2 of the Indictment and what it would be if he is only convicted on Count 1.

　　　　　　　　　　　　　　　/s/ Mark L. Wolf
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE